IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CENTENNIAL SCHOOL DISTRICT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| S.D., by and through his Parents and natural | : | |
| guardians Daniel and Lori D., | : | NO. 10-CV-4129 |
| Defendants. | : | |

## ORDER

AND NOW, this **7th** day of **December, 2011**, upon consideration of the Motion for Summary Judgment of Defendant/Counter-Plaintiff, S.D., Pursuant to Federal Rule of Civil Procedure 56 (doc. 30), the supporting memoranda of law and exhibits, and all responses and replies thereto, it is hereby ORDERED that the motion is GRANTED, and judgment on Count 1 of the Counterclaim against Centennial School District is entered in favor of Defendant/Counter-Plaintiff, for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

 /s/ Timothy R. Rice
HONORABLE TIMOTHY R. RICE
United States Magistrate Judge